## LEE DEAN v. STATE.

No. A-5509. Opinion Filed Aug. 14, 1926.
Rehearing Denied Sept. 18, 1926.
(248 Pac. 1118.)

J. F. Thomas, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Lee Dean was found guilty of unlawfully selling whisky to one Clarence Sessums, with his punishment fixed at a fine of $50 and 30 days' confinement in the county jail. The plaintiff in error has filed no brief in support of his appeal. The record discloses that the information and the evidence supporting it were sufficient to sustain the conviction. The judgment of the trial court is therefore affirmed.